**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-cr-40003-1-JPG |
| | ) | |
| CHAD S. TINGLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on Defendant's Chad S. Tingley's Motion [Doc. 182] Requesting Judicial Recommendation Concerning Length of Residential Reentry Center Placement.

Defendant's current release date is January 4, 2019,[1] and he is requesting that this Court make a recommendation that he be placed in "a Bureau of Prisons approved 'halfway house' or Residential Reentry Center for a time period of twelve (12) months." Defendant attached various certificate of accomplishments to his motion and the Court commends the defendant's efforts during his incarceration.

However, this Court is fully confident that the prison administrators possess the necessary expertise to determine whether placement in a "half-way" house or Residential Reentry Center would be proper for the defendant. Prison administrators are tasked and experienced in the proper placement of inmate and the appropriateness of whether an inmate would benefit from placement in a reentry center. The Court will not attempt to substitute its judgment for the judgment of these individuals.

---

[1] Federal Bureau of Prison's inmate locator at www.bop.gov/imateloc, last visited on 6/20/2017.

The Court notes that the defendant states he, "has no release residence, no clothing or no vehicle, nor does he have secured employment." Defendant is reminded that upon completion of his incarceration, he has eight years of supervised released. The U.S. Probation Office has many resources to assist in the transition process and the defendant is encouraged to work closely with his probation officer upon release.

Defendant's Chad S. Tingley's Motion [Doc. 182] Requesting Judicial Recommendation Concerning Length of Residential Reentry Center Placement is **DENIED**.

**IT IS SO ORDERED.**

**DATED:** 6/22/2017

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**